IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH A. PERRY and )
LAURA J. PERRY, )
  )
  )
          Plaintiffs, )
  ) Civil No. 08-6130-TC
     v. )
  ) ORDER
BENEFICIAL OF OREGON, INC., )
BRIAN D. COX, and )
VERMILYEA LAW FIRM, )
  )
          Defendants. )
_____ )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on July 30, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendants' motions to dismiss (#13, #17, #19) are granted.

DATED this ____18th____ day of August, 2008.

_____
United States District Judge

2    - ORDER